UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SENGDAVANH SAVATH,

                Petitioner,

     v.

NATHALIE R. ASHER,

                Respondent.

NO. C14-1447-RAJ

ORDER OF DISMISSAL

The court has reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge. The court notes that no one has objected to the R&R, which recommends that the court dismiss this habeas petition as moot because Petitioner has been granted supervised release from detention.

The court ADOPTS the Report and Recommendation (Dkt. # 10), thereby granting Respondent's motion to dismiss. The clerk shall DISMISS this habeas petition without prejudice, enter judgment for Respondent, and ensure that Judge Donohue receives notice of this order.

DATED this 5th day of January, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL - 1